IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **CASA BELLA LUNA, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE GOVERNMENT OF THE U.S. VIRGIN** ) <br> **ISLANDS, and IRA MILLS in his position as** ) <br> **the VIRGIN ISLANDS TAX ASSESSOR,** ) <br> ) <br> **Defendants.** ) | **Civil No. 3:22-cv-0015** |

### ORDER

Plaintiff filed the instant matter on March 14, 2022. (ECF No. 1). On June 9, 2022, Defendants filed a *Motion to Dismiss Complaint Based on a Pending Parallel Proceeding and Lack of Subject Matter Jurisdiction*. (ECF No. 12) Plaintiff filed an opposition on June 23, 2022. (ECF No. 13.)

On October 27, 2022, the Court referred the matter to the United States Magistrate Judge for a Report and Recommendation (R&R). (ECF No. 14). On February 28, 2023, the Magistrate Judge issued a thorough R&R recommending that the motion to dismiss be denied. (ECF No. 22). Plaintiff did not file an objection. After conducting a *de novo* review of the record in this matter, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 22, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that Defendants' Motion to Dismiss Complaint, ECF No. 12, is **DENIED.**

**Dated:** March 9, 2023        /s/*Robert A. Molloy*
                  **ROBERT A. MOLLOY**
                  **Chief Judge**