# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CASA BELLA LUNA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 2022-15 |
| ) | |
| THE GOVERNMENT OF THE U.S. VIRGIN ) | |
| ISLANDS, and IRA MILLS in his position as the ) | |
| VIRGIN ISLANDS TAX ASSESSOR, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is defendants the Government of the U.S. Virgin Islands and Ira Mills, Tax Assessor for the U.S. Virgin Islands' (collectively, "GVI" or "government") motion to amend their answer and affirmative defenses. [ECF 57]. Casa Bella Luna, LLC does not oppose the motion. [ECF 62]. However, by separate Order the Court is granting plaintiff's motion to amend its complaint, and the GVI will therefore have the opportunity to make the desired changes when it responds to the First Amended Complaint. The filing of an amended complaint therefore renders the instant motion moot.

Accordingly, the premises considered, it is ORDERED that the motion to amend [ECF 57] is MOOT.

Dated: September 22, 2023            S\ _____
                                     **RUTH MILLER**
                                     United States Magistrate Judge